NICHOLAS ZEO, JUNIOR, & others *vs.* DAVID L. HOLZER. November 8, 1962. Appeal dismissed with double costs. The record in this case consists of a "Petition to Vacate Judgment and Supersede Execution," an answer, a statement that the petition was denied after hearing, and the petitioners' appeal. The appeal, which is under G. L. c. 231, § 96, does not lie. The denial of the petition is not an order "founded upon matter of law apparent on the record." *Rose* v. *Harrison*, 228 Mass. 261. *Waltham Bleachery & Dye Works* v. *Clark-Rice Corp.* 274 Mass. 488, 490. The appeal is frivolous. We might add that, if this case had been brought here by exceptions, no error of law would appear on this record.

*J. Clifford Clarkson* (*Savino J. Basile* with him) for the petitioners.
*Robert J. Kurland*, for the respondent, was not called upon.